Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Victor Martin Lara-Lopez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Alexander C. Ekstrom

| United States of America, | No. 4:25-MJ-7126-ACE-1 |
|---|---|
| Plaintiff, | Notice of Appearance |
| v. | |
| Victor Martin Lara-Lopez, | |
| Defendant. | |

Please take notice that Alex B. Hernandez, III, of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

//

Notice of Appearance - 1

DATED: July 21, 2025.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Victor Martin Lara-Lopez
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Laurel Jane Holland, Assistant United States Attorney.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Laurel Jane Holland

Notice of Appearance - 2